IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21CV637-GCM

| | |
|---|---|
| RHAKEL McBRIDE and BOUGIE BEAUTIQUE, <br><br>　　Plaintiffs, <br><br>Vs. <br><br>MONROE CROSSING OWNER, LLC d/b/a MONROE CROSSING, TIME EQUITIES, INC., and URBAN RETAIL PROPERTIES, LLC, <br><br>　　Defendants. | ORDER |

This matter is before the Court upon motion of Defendants Monroe Crossing Owner, LLC d/b/a Monroe Crossing and Time Equities Associates, LLC to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. No. 8). Shortly after Defendants filed their Motion to Dismiss, Plaintiffs filed an Amended Complaint and also dismissed two of the Defendants, including Time Equities, Inc. Plaintiff's Amended Complaint supersedes her original pleading and the Defendants' Motion to Dismiss is therefore moot. *See Young v. City of Mount Ranier*, 238 F.3d 567, 573 (4th Cir. 2001).

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is hereby DENIED AS MOOT.

Signed: February 16, 2022

Graham C. Mullen
United States District Judge