IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| RHAKEL MCBRIDE and BOUGIE BEAUTIQUE, <br><br> Plaintiffs, <br><br> v. <br><br> MONROE CROSSING OWNER, LLC d/b/a MONROE CROSSING, TIME EQUITIES INC. and URBAN RETAIL PROPERTIES, LLC, <br><br> Defendants. | **Case No.: 3:21-CV-00637-GCM** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiffs Rhakel McBride and Bougie Beautique ("Plaintiffs") and Defendants Monroe Crossing Owner, LLC d/b/a Monroe Crossing, Time Equities Inc. and Urban Retail Properties, LLC ("Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate and agree to a voluntary dismissal, with prejudice, of all claims asserted by Plaintiffs against Defendants. The parties to this Stipulation of Dismissal with Prejudice shall bear their own costs and attorneys' fees.

This the 14th day of April, 2023.

| JUSTICE IN ACTION LAW CENTER | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ **_Alesha S. Brown_** <br> Alesha S. Brown <br> NC Bar No. 53000 <br> 521 Briar Creek Road <br> Charlotte, NC 28205 <br> Phone: 704-500-0197 <br> abrown@justiceinactionlaw.com <br> *Attorney for Plaintiffs* | /s/ Jefferson P. Whisenant <br> J. Allen Thomas <br> NC Bar No. 40119 <br> Jefferson P. Whisenant <br> NC Bar No. 51064 <br> 8529 Six Forks Road, Forum IV, Suite 600 <br> Raleigh, NC 27615 <br> Phone: 919-787-9700 <br> Facsimile: 919-783-9412 <br> Allen.Thomas@ogletree.com <br> Jefferson.Whisenant@ogletree.com <br> *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, on this date, electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF System, which will provide service on the registered counsel listed below:

J. Allen Thomas
Jefferson P. Whisenant
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
8529 Six Forks Road
Suite 600
Raleigh, NC  27615
*Attorneys for Defendants*

This, the 14th day of April, 2023.

Respectfully submitted,

/s/ ***Alesha S. Brown***
Alesha S. Brown
NC Bar No. 53000
521 Briar Creek Road
Charlotte, NC  28205
Phone: 704-500-0197
abrown@justiceinactionlaw.com
*Attorney for Plaintiffs*